**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEJANDRO S HERRERA, *et al.*,<br>*Plaintiffs*,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants*. | Hon. Michael E. Farbiarz, U.S.D.J.<br>Civil Action No. 26-07819 (MEF)<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs, attorneys' fees, expenses, or disbursements to either party.

LAW OFFICES OF
NOEMI C. SIMBRON

By: ______________________
Noemi C. Simbron, Esq.
*Attorneys for Plaintiffs*

Dated: October 23, 2026

ROBERT FRAZER
United States Attorney

By: *s/Carlos F. Ugalde Alvarez*
Carlos F. Ugalde Alvarez, Esq.
Assistant United States Attorney
*Attorneys for Defendants*

Dated: October 3, 2026

SO ORDERED:

______________________
Hon. Michael E. Farbiarz
United States District Judge

Dated: October 28th, 2026